## Estate of Madeline P. D'Almbert, deceased.   Appeal of the Commonwealth of Pennsylvania.

Argued Jan. 24, 1899.   Appeal, No. 462, Jan. T., 1897, by commonwealth of Pennsylvania, from decree of O. C. Phila. Co., April T., 1897, No. 317, dismissing exceptions to adjudication. Before STERRETT, C. J., GREEN, WILLIAMS, McCOLLUM, MITCHELL, DEAN and FELL, JJ.   Affirmed.

*Francis A. Osbourn, John C. Grady, John P. Elkin* and *Henry C. McCormick,* attorney general, for appellant.

*John Samuel,* for appellees.

OPINION BY MR. CHIEF JUSTICE STERRETT, April 24, 1899:

This and three other cases, involving substantially the same questions, were argued at last term with Commonwealth's Appeal, Portuondo's Estate, No. 440, January term, 1897, in which

an opinion has just been filed holding the act of May 12, 1887, unconstitutional, etc., ante, p. 28.

For reasons given in that opinion the decree in this case must be sustained.

Decree affirmed and appeal dismissed at appellant's costs.